IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURITA MARTIN )<br>DAVID PENNINGTON, )<br>          )<br>     Plaintiffs, )     No. 1:05-cv-02506 (EGS)<br>          )<br>     v. )<br>          )<br>UNITED STATES, )<br>          )<br>     Defendant. ) | |

NOTICE OF RELATED CASES

Attached is a list of cases that, save for the identity of the plaintiffs, whose complaints are identical, or nearly identical, to that filed in this matter. Indeed, not only are the complaints identical, but some subsequent filings have been identical as well.

DATED:    February 28, 2006.

                    Respectfully submitted,

                    /s/ Pat S. Genis
                    PAT S. GENIS #446244
                    Trial Attorney, Tax Division
                    United States Department of Justice
                    Post Office Box 227
                    Washington, DC 20044
                    Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the Notice of Related Cases was made on February 28, 2006 by mailing, postage prepaid, addressed to:

>Maurita Martin
>David Pennington
>P.O. Box 3935
>Hailey, ID 833-3935

/s/ Pat S. Genis<br>PAT S. GENIS   #446244