| CMN# | Caption/Name | Stat | Dist | DJ # | Rec'd. Date | Close Date | Sect. | Crt | Court # | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005104138 | Erwin, Ricky A. | A | DCD | 5-16-3911 | 04/27/2005 | | CTE | DC | 1:05CV00415 | Scurry-Genis, Lessie M |
| 2005104856 | Harris, Donald | A | DCD | 5-16-3919 | 06/15/2005 | | CTE | DC | 1:05CV0956 | Scurry-Genis, Lessie M |
| 2005106017 | Koerner, LaVern | A | DCD | 5-16-3927 | 08/25/2005 | | CTE | DC | 1:05CV01600 | Scurry-Genis, Lessie M |
| 2005106021 | Radcliffe, Charles | A | DCD | 5-16-3928 | 08/25/2005 | | CTE | DC | 1:05CV01624 | Scurry-Genis, Lessie M |
| 2005106272 | Schafrath, Lawrence | A | DCD | 5-16-3929 | 09/12/2005 | | CTE | DC | 1:05-CV-01656 G | Scurry-Genis, Lessie M |
| 2005106343 | Turner, Daniel E. | A | DCD | 5-16-3930 | 09/15/2005 | | CTE | DC | 1:05CV01716 | Zarin, Jason S. |
| 2005106421 | Cooper, Carol | A | DCD | 5-16-3932 | 09/21/2005 | | CTE | DC | 1:05CV01192 | Scurry-Genis, Lessie M |
| 2005106527 | Lindsey, Stephen J. | A | DCD | 5-16-3933 | 09/28/2005 | | CTE | DC | 1:05-CV-01761-F | Vozne, Jennifer L. |
| 2006100089 | Brandt, Matthew | A | DCD | 5-16-3935 | 10/07/2005 | | CTE | DC | 1:05-CV-01613-E | Scurry-Genis, Lessie M |
| 2006100191 | Holyoak, Grant | A | DCD | 5-16-3938 | 10/13/2005 | | CTE | DC | 1:05 CV 01829 | Scurry-Genis, Lessie M |
| 2006100703 | Shoemaker, Sandra | A | DCD | 5-16-3941 | 11/17/2005 | | CTE | DC | 1:05CV01736 | Vozne, Jennifer L. |
| 2006100706 | Gross, Brent | A | DCD | 5-16-3942 | 11/17/2005 | | CTE | DC | 1:05-CV 01818 ( | Vozne, Jennifer L. |
| 2006100707 | Garvin, Lee F. | A | DCD | 5-16-3943 | 11/17/2005 | | CTE | DC | 1:05CV01775 RE | Vozne, Jennifer L. |
| 2006100708 | Lohmann, Wallace | A | DCD | 5-16-3944 | 11/17/2005 | | CTE | DC | 05-1976 HHK | Scurry-Genis, Lessie M |
| 2006100709 | Travis, Bruce R. | A | DCD | 5-16-3945 | 11/17/2005 | | CTE | DC | 1:05-CV-01867-F | Scurry-Genis, Lessie M |
| 2006100861 | Kramer, William M. | A | DCD | 5-16-3946 | 11/25/2005 | | CTE | DC | 1:05-CV-01659-F | Vozne, Jennifer L. |
| 2006100862 | Petersheim, Amelia | A | DCD | 5-16-3947 | 11/25/2005 | | CTE | DC | 1:05-CV-01815-F | Scurry-Genis, Lessie M |
| 2006100865 | Burton, John | A | DCD | 5-16-3948 | 11/25/2005 | | CTE | DC | 1:05-CV-02121 R | Scurry-Genis, Lessie M |
| 2006100917 | Broward, Paul | A | DCD | 5-16-3950 | 11/29/2005 | | CTE | DC | 1:05-CV-01774 H | Vozne, Jennifer L. |
| 2006100976 | Henry, William, Jr. | A | DCD | 5-16-3951 | 12/02/2005 | | CTE | DC | 1:05-CV-02084 (I | Scurry-Genis, Lessie M |
| 2006100977 | Luscher, Rudolph | A | DCD | 5-16-3952 | 12/02/2005 | | CTE | DC | 1:05-CV-1987 (R | Vozne, Jennifer L. |
| 2006100978 | Scott, Robert | A | DCD | 5-16-3953 | 12/02/2005 | | CTE | DC | 1:05-CV-02043 E | Vozne, Jennifer L. |
| 2006101024 | Donnally, Richard M. | A | DCD | 5-16-3954 | 12/06/2005 | | CTE | DC | 1:05CV02049 | Scurry-Genis, Lessie M |
| 2006101528 | Armbruster, Edward J., III | A | DCD | 5-16-3960 | 01/10/2006 | | CTE | DC | 1:05CV02375 | Saiz, Beatriz T. |
| 2006101529 | Bean, Jeffrey | A | DCD | 5-16-3961 | 01/10/2006 | | CTE | DC | 1:05CV02145 | Saiz, Beatriz T. |
| 2006101530 | Bennett, Hamlet C. | A | DCD | 5-16-3962 | 01/10/2006 | | CTE | DC | 1:05CV02297 | Saiz, Beatriz T. |
| 2006101531 | Davis, Carl Roger | A | DCD | 5-16-3963 | 01/10/2006 | | CTE | DC | 1:05CV02474 | Saiz, Beatriz T. |
| 2006101533 | Gaines, Joseph A. | A | DCD | 5-16-3964 | 01/10/2006 | | CTE | DC | 1:05CV02326 | Scurry-Genis, Lessie M |
| 2006101534 | Haydel, Kevin | A | DCD | 5-16-3965 | 01/10/2006 | | CTE | DC | 1:05CV02405 | Scurry-Genis, Lessie M |
| 2006101535 | Heath, Kenneth G. | A | DCD | 5-16-3966 | 01/10/2006 | | CTE | DC | 1:05CV02331 | Scurry-Genis, Lessie M |
| 2006101536 | Martens, Gregory | A | DCD | 5-16-3967 | 01/10/2006 | | CTE | DC | 1:05CV 01805 RI | Scurry-Genis, Lessie M |
| 2006101537 | Masterson, William R. | A | DCD | 5-16-3968 | 01/10/2006 | | CTE | DC | 1:05CV-01807 JI | Vozne, Jennifer L. |
| 2006101540 | Metsker, Richard | A | DCD | 5-16-3969 | 01/10/2006 | | CTE | DC | 1:05CV-02457 | Vozne, Jennifer L. |
| 2006101541 | O'Connor, James | A | DCD | 5-16-3970 | 01/10/2006 | | CTE | DC | 1:05CV02075 | Vozne, Jennifer L. |
| 2006101542 | Otto, Laurence | A | DCD | 5-16-3971 | 01/10/2006 | | CTE | DC | 1:05CV02319 | Salem, Michael J. |
| 2006101543 | Pragovich, George | A | DCD | 5-16-3972 | 01/10/2006 | | CTE | DC | 1:05CV02222 | Saiz, Beatriz T. |
| 2006101545 | Romashko, Ronald N. | A | DCD | 5-16-3973 | 01/10/2006 | | CTE | DC | 1:05CV02209 | |
| 2006101546 | Rose, Dennis | A | DCD | 5-16-3974 | 01/10/2006 | | CTE | DC | 1:05CV01896 | |
| 2006101548 | Smith, Daniel T. | A | DCD | 5-16-3975 | 01/10/2006 | | CTE | DC | 1:05CV02069 | |
| 2006101549 | Stinecipher, David | A | DCD | 5-16-3976 | 01/10/2006 | | CTE | DC | 1:05CV02434 | |
| 2006101550 | Whitfield, Gregg | A | DCD | 5-16-3977 | 01/10/2006 | | CTE | DC | 1:05CV01961 | |
| 2006101729 | Nye, Verda | A | DCD | 5-16-3982 | 01/18/2006 | | CTE | DC | 1:05CV02486 | Vozne, Jennifer L. |
| 2006101767 | Davenport, Stacy N. | A | DCD | 5-16-3983 | 01/19/2006 | | CTE | DC | 1:05CV02488 | Saiz, Beatriz T. |
| 2006101768 | Martin, Maurita | A | DCD | 5-16-3984 | 01/19/2006 | | CTE | DC | 1:05CV02506 | Scurry-Genis, Lessie M |
| 2006101802 | Koerner, LaVern | A | DCD | 5-16-3987 | 01/20/2006 | | CTE | DC | 1:06CV00024 | Scurry-Genis, Lessie M |
| 2006101955 | Evans, Paul B. | A | DCD | 5-16-3991 | 01/27/2006 | | CTE | DC | 1:06CV00032 | Scurry-Genis, Lessie M |
| 2006101956 | Speelman, Robert | A | DCD | 5-16-3992 | 01/27/2006 | | CTE | DC | 1:05CV02482 | Scurry-Genis, Lessie M |
| 2006102085 | Glass, Eleanor M. | A | DCD | 5-16-3994 | 02/02/2006 | | CTE | DC | 1:05CV02498 | Saiz, Beatriz T. |
| 2006102087 | Placke, Gary | A | DCD | 5-16-3996 | 02/02/2006 | | CTE | DC | 1:06CV00026 | Saiz, Beatriz T. |
| 2006102089 | Watson, Roy A. | A | DCD | 5-16-3997 | 02/02/2006 | | CTE | DC | 1:06-CV-00058 E | Saiz, Beatriz T. |
| 2006102105 | LaRue, Will H. | A | DCD | 5-16-4001 | 02/03/2006 | | CTE | DC | 1:06CV00061 | Saiz, Beatriz T. |
| 2006102146 | Kim, Calvin | A | DCD | 5-16-4002 | 02/08/2006 | | CTE | DC | 1:06CV00103 | Vozne, Jennifer L. |
| 2006102147 | Mellor, Richard L. | A | DCD | 5-16-4003 | 02/08/2006 | | CTE | DC | 1:06CV00116 RC | Vozne, Jennifer L. |
| 2006102222 | Anderton, Robert H. | A | DCD | 5-16-4005 | 02/13/2006 | | CTE | DC | 1:06CV00129 | Scurry-Genis, Lessie M |
| 2006102223 | Cain, Sylvester | A | DCD | 5-16-4006 | 02/13/2006 | | CTE | DC | 1:06CV00132 | Scurry-Genis, Lessie M |

| CMN | Caption/Name | Stat | Dist | DJ # | Rec'vd Date | Close Date | Sect | Crt | Court # | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006102244 | Rippl, Bart H. | A | DCD | 5-16-4008 | 02/13/2006 | | CTE | DC | 1:06CV00165 | Saiz, Beatriz T. |
| 2006102280 | Zook, Isaac | A | DCD | 5-16-4009 | 02/14/2006 | | CTE | DC | 1:06CV-00164 | Vozne, Jennifer L. |
| 2006102407 | Guthery, Kenneth D. | A | DCD | 5-16-4010 | 02/23/2006 | | CTE | DC | 1:06CV00176 | Vozne, Jennifer L. |

Total Records: 90          Unique CMN Count: 88          Unique DJ # Count: 80

58