UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MAURITA MARTIN**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2506 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss the Complaint [Dkt. #3] is **GRANTED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed on the Court's docket.

**SO ORDERED.**

Date: September 22, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge